**FILED**

JAN -9 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. **5:24 CR 00010** |
| v. ) | |
| ) | Title 18, United States Code, |
| CARLOS ALEXANDER, ) | Sections 922(g)(1), 922(g)(9) and |
| ) | 924(a)(8) |
| Defendant. ) | |

**JUDGE ADAMS**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about October 20, 2023, in the Northern District of Ohio, Eastern Division, Defendant CARLOS ALEXANDER, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Domestic Violence, on or about April 10, 2012, in Case Number 2012CR203, in the Stark County Court of Common Pleas; Domestic Violence, on or about March 1, 2016, in Case Number 2015CR1674, in the Stark County Court of Common Pleas and Aggravated Assault, on or about September 15, 2022, in Case Number 22CR1981, in the Stark County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a FMJ Ducktown TN firearm, .45 Caliber, Model D, serial number 19687, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Possession of a Firearm by a Person with Domestic Violence Convictions,
18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about October 20, 2023, in the Northern District of Ohio, Eastern Division, Defendant CARLOS ALEXANDER, knowing he had previously been convicted of misdemeanor crimes of domestic violence, those being: Domestic Violence, on or about May 5, 2008, in Case Number 2008CRB1894, in the Canton Municipal Court and Domestic Violence, on or about March 28, 2023, in Case Number 2023CRB1288, in the Canton Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a FMJ Ducktown TN firearm, .45 Caliber, Model D, serial number 19687, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant CARLOS ALEXANDER shall forfeit to the United

States all firearms and ammunition involved in or used in the commission of the firearms violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.